IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TROY M. RAPPA,

    Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　Case No. 10-cv-585-wmc

SUN LIFE ASSURANCE COMPANY
OF CANADA,

    Defendant.

    This action came before the court for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered

1) granting plaintiff Troy M. Rappa's motion for summary judgment and remanding his disability claim to the defendant for further review, and

2) dismissing plaintiff's state law claims which are preempted by ERISA.

| /s/ | 9/24/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |