IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TROY M. RAPPA,

    Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY
OF CANADA,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-585-wmc

    This action came before the court for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered

1) granting plaintiff Troy M. Rappa's motion for summary judgment and remanding his disability claim to the defendant for further review, and

2) dismissing plaintiff's state law claims which are preempted by ERISA.

    /s/                                                  9/24/2013
Peter Oppeneer, Clerk of Court                    Date